**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

LISA MURPHY,
ADC #760343                                                                    **PLAINTIFF**

V.                          **CASE NO. 1:14CV00112KGB/BD**

A. FREMAN, et al.                                                              **DEFENDANTS**

**RECOMMENDED DISPOSITION**

I.      **Procedures for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to United

States District Judge Kristine G. Baker.  You may file written objections to this

Recommendation.  If you file objections, they must be specific and must include the

factual or legal basis for your objection.

Your objections must be received in the office of the United States District Court

Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Baker can adopt this Recommendation without

independently reviewing the record.  By not objecting, you may also waive any right to

appeal questions of fact.

II.     **Discussion:**

Plaintiff Lisa Murphy, an Arkansas Department of Correction ("ADC") inmate,

filed this lawsuit on September 15, 2014.  (Docket entry #1)  Ms. Murphy was ordered to

submit a completed IFP application or pay the filing fee within 30 days of September 16,

2014.  (#2)  To date, she has failed to comply with the Court's September 16, 2014 Order,

and the time for doing so has passed.  The Court specifically cautioned Ms. Murphy that her claims could be dismissed if she failed to comply with the Court's Order.

**III.**   **Conclusion:**

The Court recommends that Ms. Murphy's claims be DISMISSED, without prejudice, based on her failure to comply with the Court's September 16, 2014 Order.

IT IS SO ORDERED, this 3rd day of June, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

2