IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LISA MURPHY,
ADC #760343                                                                                                                               PLAINTIFF

V.                     Case No. 1:14-cv-00112 KGB/BD

A. FREMAN, *et al.*                                                                                                                               DEFENDANTS

## ORDER

The Court has received a Recommended Disposition filed by Magistrate Judge Beth Deere (Dkt. No. 3). The parties have not filed objections, and the time for filing objections has passed. After careful review of the Recommended Disposition, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Accordingly, the Court dismisses without prejudice plaintiff Lisa Murphy's claims.

SO ORDERED this 30th day of November, 2015.

*Kristine G. Baker*
_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE