IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LISA MURPHY,
ADC #760343                                                                                                PLAINTIFF

V.                          Case No. 1:14-cv-00112 KGB/BD

A. FREMAN, *et al.*                                                                                DEFENDANTS

## JUDGMENT

Consistent with the Order entered on this day, this case is dismissed without prejudice.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

SO ADJUDGED this 30th day of November, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE